No. 02–8475. SJOSTRAND *v.* NORTH DAKOTA WORKERS COMPENSATION BUREAU ET AL. Sup. Ct. N. D. Certiorari denied.

No. 02–8482. COOPER *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–8487. TISTHAMMER *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–8493. SANDERS *v.* HOLLAND, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8494. RUFFNER *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 02–8497. FERQUERON *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8498. HENTON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8501. MOORE *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–8503. KOLAHI *v.* RYAN, ACTING DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8506. TORRES *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 02–8508. BODY *v.* WATKINS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–8510. TRAINER *v.* STILLS ET AL. Ct. App. Ga. Certiorari denied.

No. 02–8513. JOHNSON ET AL. *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–8522. BURKE *v.* HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.